IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOLLY C. TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JACOB Q. TOONE, a citizen of the State of Utah, | ) ) ) |
| | )   Case No: _____ |
| and | ) ) |
| HAWX SERVICES, LLC, a Limited Liability Company registered in the State of Utah, | ) ) ) ) |
| Defendants. | ) ) |

## **COMPLAINT**

### Count I

Now comes the Plaintiff, Molly C. Taylor, by and through her attorney, Rhonda D. Fiss, and for Count I of her Complaint against the Defendant, Jacob Q. Toone, respectfully alleges the following:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C., Sect. 1332 (a) (1).

2. At all times mentioned herein, the Defendant, Jacob Q. Toone, (hereinafter "Toone"), resided at 32 W 1000 N #32, Bountiful, Utah, was employed by the Defendant, Hawx Services, LLC.

3. At all times mentioned herein, the Defendant, Hawx Services, LLC, (hereinafter "Hawx"), was a limited liability company that provided pest control services and was registered as entity number 10607943-0160 in the State of Utah.

4. At all times mentioned herein, Hawx employed the Defendant, Jacob Q. Toone as a sales and/or management representative for Hawx; At the time of the occurrence alleged herein, Toone was acting as employee, agent, and representative for Hawx while traveling on a highway within the State of Illinois under Hawk's direction for the purpose of selling and/or servicing door-to-door pest control jobs for Hawx.

5. On July 13, 2019, at approximately 10:30 a.m., Plaintiff was lawfully driving her 2013 Kia Optima on North 6th Street, a two-lane highway, near its intersection with Fuesser Road, in Mascoutah, St. Clair County, Illinois.

6. That at said time and place, Toone was driving a 2015 Nissan Ultima on N. Sixth Street in Mascoutah, Illinois, approaching Plaintiff from the opposite direction as their vehicles neared the Fuesser Road intersection.

7. That at said time and place, Toone had a duty to obey the traffic laws of the State of Illinois and to act with reasonable care while operating his vehicle.

8. That in direct violation of the laws of the State of Illinois and his duty to act with reasonable care while operating his vehicle, Toone committed the following negligent and careless acts and/or omissions:

   a. Failed to observe Plaintiff's vehicle approaching his vehicle from the opposite direction of the two lane road upon which he was driving;

   b. While attempting to make a left turn onto Fuesser Road, drove his vehicle from the lane in which it was traveling into the driver's side of Plaintiff's oncoming vehicle;

   c. Failed to yield the right-of way to Plaintiff's oncoming vehicle while turning left,

in violation of 625 ILCS 5.0/1 6205000.

9. That as a direct and proximate result of the foregoing careless and negligent acts and/or omissions of Toone, his vehicle collided violently with the driver's side of Plaintiff's vehicle, causing total loss of Plaintiff's vehicle and life-threatening injuries to Plaintiff that included a sub-arachnoid hemorrhage in her brain.

10. As a further direct and proximate result of the foregoing careless and negligent acts and/or omissions of Toone, Plaintiff has incurred and will incur medical bills and expenses, has and will lose income from her employment, has and will be lame, sore, and disabled, has and will endure extreme mental and physical pain and suffering, and has and will suffer diminished quality of life.

WHEREFORE, Plaintiff, Molly C. Taylor, prays for Judgment in her favor and against the Defendant, Jacob Q. Toone, in an amount in excess of $75,000.00, and her costs of suit.

*s/ Rhonda D. Fiss*
Rhonda D. Fiss   #6191043
**THE LAW OFFICE OF RHONDA D. FISS, P.C.**
23 Public Square, Suite 230
Belleville, Illinois 62220
Tel - 618.233.8590
Fax - 618.233.8713
jdd@fisslawoffice.com
***Attorney for Plaintiff, Molly Taylor***

<u>Count II</u>

Now comes the Plaintiff, Molly C. Taylor, by and through her attorney, Rhonda D. Fiss,

3

and for Count I of her Complaint against the Defendant, Hawx Services, LLC, respectfully alleges the following:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C., Sect. 1332 (a) (1).

2. At all times mentioned herein, the Defendant, Jacob Q. Toone, (hereinafter "Toone"), resided at 32 W 1000 N #32, Bountiful, Utah, was employed by the Defendant, Hawx Services, LLC.

3. At all times mentioned herein, the Defendant, Hawx Services, LLC, (hereinafter "Hawx"), was a limited liability company that provided pest control services and was registered as entity number 10607943-0160 in the State of Utah;

4. At all times mentioned herein, Hawx employed the Defendant, Jacob Q. Toone as a sales and/or management representative for Hawx; At the time of the occurrence alleged herein, Toone was acting as employee, agent, and representative for Hawx while traveling on a highway within the State of Illinois under Hawk's direction for the purpose of selling and/or servicing door-to-door pest control jobs for Hawx.

5. On July 13, 2019, at approximately 10:30 a.m., Plaintiff was lawfully driving her 2013 Kia Optima on North 6th Street, a two-lane highway, near its intersection with Fuesser Road, in Mascoutah, St. Clair County, Illinois.

6. That at said time and place, Toone was driving a 2015 Nissan Ultima on N. Sixth Street in Mascoutah, Illinois, approaching Plaintiff from the opposite direction as their vehicles neared the Fuesser Road intersection.

7. That at said time and place, Toone, acting at all times as employee, agent, and representative of Hawx, had a duty to obey the traffic laws of the State of Illinois and to

act with reasonable care while operating his vehicle.

8. That in direct violation of the laws of the State of Illinois and his duty to act with reasonable care while operating his vehicle, Toone committed the following negligent and careless acts and/or omissions:

   a. Failed to observe Plaintiff's vehicle approaching his vehicle from the opposite direction of the two lane road upon which he was driving;

   b. While attempting to make a left turn onto Fuesser Road, drove his vehicle from the lane in which it was traveling into the driver's side of Plaintiff's oncoming vehicle;

   c. Failed to yield the right-of way to Plaintiff's oncoming vehicle while turning left, in violation of 625 ILCS 5.0/1 6205000;

9. That as a direct and proximate result of the foregoing careless and negligent acts and/or omissions of Toone, his vehicle collided violently with the driver's side of Plaintiff's vehicle, causing total loss of Plaintiff's vehicle and life-threatening injuries to Plaintiff that included a sub-arachnoid hemorrhage in her brain.

10. As a further direct and proximate result of the foregoing careless and negligent acts and/or omissions of Toone, Plaintiff has incurred and will incur medical bills and expenses, has and will lose income from her employment, has and will be lame, sore, and disabled, has and will endure extreme mental and physical pain and suffering, and has and will suffer diminished quality of life.

   WHEREFORE, Plaintiff, Molly C. Taylor, prays for Judgment in her favor and against the Defendant, Hawx Services, LLC, in an amount in excess of $75,000.00, and her costs of suit.

s/ *Rhonda D. Fiss*
Rhonda D. Fiss   #6191043
**THE LAW OFFICE OF RHONDA D. FISS, P.C.**
23 Public Square, Suite 230
Belleville, Illinois 62220
Tel - 618.233.8590
Fax - 618.233.8713
jdd@fisslawoffice.com
***Attorney for Plaintiff, Molly Taylor***