IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MOLLY C. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JACOB Q. TOONE, a citizen of the State of Utah, | ) ) ) |
| | )   Case No: 19-cv-0936 |
| and | ) |
| | ) |
| HAWX SERVICES LLC, a Limited Liability Company organized in the State of Utah, | ) ) ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Cule of civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of negotiated settlements executed by them, to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: August 31, 2021

                                                               s/ Rhonda D. Fiss
                                                               Rhonda D. Fiss   #6191043
                                                               THE LAW OFFICE OF RHONDA D. FISS, P.C.
                                                               23 Public Square, Suite 230
                                                               Belleville, Illinois 62220
                                                               Tel - 618.233.8590
                                                                jdd@fisslawoffice.com
                                                                Attorney for *Plaintiff, Molly Taylor*

                                                               s/ Jerome E. McDonald
                                                               Jerome E. McDonald  #6191043
                                                               108 South 9th Street

1

P.O. Box 4007
Mt. Vernon, IL 628864
618-242-3310 / 618-242-3735
jmcdonald@illinoisfirm.com
Attorneys for Defendant, *Hawx Services, LLC*


s/ Steven A. Ahillen
Steven A. Ahillen
DANNA MCKITRICK, P.C.
7701 Forsyth Blvd, Suite 1200
St. Louis, Missouri, 63105
sahillen@dmfirm.com
Attorneys for Defendant, *Jacob Q. Toone*

2

**PROOF OF SERVICE**

    The undersigned certifies that a copy of the foregoing document was served upon the attorneys of record of all parties to the above cause by:

        X    E-Mail: transmitting the same addressed to such attorneys at their business e-mail address as disclosed by the pleadings of record herein.

this: 31st day of August, 2021.


Jerome E. McDonald  #6191043
108 South 9th Street
P.O. Box 4007
Mt. Vernon, IL 628864
618-242-3310 / 618-242-3735
jmcdonald@illinoisfirm.com
Attorneys for Defendant, *Hawx Services, LLC*

Steven A. Ahillen
DANNA MCKITRICK, P.C.
7701 Forsyth Blvd, Suite 1200
St. Louis, Missouri, 63105
sahillen@dmfirm.com
Attorneys for Defendant, *Jacob Q. Toone*

    Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in the above are true and correct.

                              s/ Rhonda D. Fiss
                              Rhonda D. Fiss   #6191043